**GOBIERNO DE PUERTO RICO**

Departamento de Hacienda

### CERTIFICACIÓN

Yo, Roxanna Santiago Ortiz, en mi carácter de Subsecretaria Auxiliar del Área de Rentas Internas y Política Contributiva del Departamento de Hacienda, certifico que el día 6 de octubre de 2020 recibimos un correo electrónico de la Gerente del Programa de Territorios del Servicio de Rentas Internas Federal ("IRS", por sus siglas en inglés), la Sra. Dee Robinson Rutkowski, informando a los territorios sobre la presentación por parte del Gobierno de los EEUU de una moción en solicitud de paralización y apelando el *injuction* preliminar ante el Noveno Circuito de Apelaciones Federal en el caso de *Scholl v. Mnuchin, et al.*, e informando que el IRS junto con el Departamento de Justicia Federal estaban evaluando el impacto que estas acciones pudieran tener sobre los territorios y los Planes de Distribución de los territorios. Ese mismo día le enviamos un correo electrónico al IRS preguntando como debemos proceder y si los requisitos bajo el Plan de Distribución para Puerto Rico continuaban en vigor. Posteriormente, la respuesta recibida por el IRS fue que estaban consultando el Departamento de Justicia Federal para la potencial aplicación del *injuction* en el caso de *Scholl* a los territorios.

Posteriormente, el día 28 de octubre de 2020, recibimos un correo electrónico del IRS para informarnos que habían perdido la moción en solicitud de paralización presentada ante el Noveno Circuito y que aun no tenían una respuesta por parte del Tesoro Federal en cuanto a si el *injuction* ordenado en el caso de *Scholl* bajo la Corte de Distrito Federal incluye a los territorios. La comunicación recibida añade que, actualmente, el Plan de Distribución no permite a los territorios emitir un pago de impacto económico a las personas encarceladas. El 28 de octubre de 2020 le enviamos un correo electrónico al IRS en respuesta a la comunicación recibida preguntando si luego de evaluar el caso de *Scholl*, el Departamento de Hacienda pudiera documentar su posición y desembolsar los pagos a base de dicha posición, o si era necesario esperar por una enmienda al Plan de Distribución de Puerto Rico, la cual requiere ser aprobada por el Tesoro Federal, para poder desembolsar los pagos a las personas encarceladas.



Luego, el 4 de noviembre de 2020 le informamos al IRS sobre la demanda de *Mandamus* ante el Tribunal de Primera Instancia de Puerto Rico y solicitamos la posición del Tesoro Federal con relación a cómo el Departamento de Hacienda debe de proceder debido a que el Departamento depende de lo aprobado por el Tesoro Federal en el Plan de Distribución. La respuesta recibida por parte del IRS fue indicando que el 1ro de mayo de 2020 el Secretario del Tesoro Federal Steven Mnuchin aprobó el Plan de Distribución del Departamento de Hacienda el cual establece en su Sección 3.1 que los individuos encarcelados no son elegibles para recibir el pago de impacto económico.

La presente Certificación se expide a petición del Juez Cuevas en la vista llevada a cabo en el día de hoy para el caso SJ2020CV058060.

En San Juan, Puerto Rico, hoy 1 de diciembre de 2020.

Lcda. Roxanna Santiago Ortiz
Subsecretaria Auxiliar
Área de Rentas Internas y Política Contributiva