

# CERTIFICACIÓN

Yo, Roxanna Santiago Ortiz, en mi carácter de Secretaria Auxiliar Interina del Área de Rentas Internas y Política Contributiva del Departamento de Hacienda, certifico que el día 3 de diciembre de 2020 le envié por correo electrónico a la Gerente del Programa de Territorios del Servicio de Rentas Internas Federal ("IRS", por sus siglas en inglés), la Sra. Dee Robinson Rutkowski, un borrador de Plan de Distribución enmendado eliminando el requisito de inelegibilidad de las personas encarceladas proponiendo que se permita el desembolso del pago de impacto económico por parte del Departamento de Hacienda a estas personas al tratarse entonces como "individuos elegibles" al pago conforme a lo establecido en el caso de *Scholl v. Mnuchin*, Case No. 20-cv-05309-PJH y la posición tomada por el Tesoro Federal de EEUU en relación a su aplicación a Puerto Rico y otros territorios. El Departamento de Hacienda deberá contar con la aprobación del Tesoro Federal para proceder con la ejecución del Plan de Distribución enmendado.

La presente Certificación se expide a petición del Juez Cuevas en la vista llevada a cabo en el 1ro de diciembre de 2020 para el caso SJ2020CV058060.

En San Juan, Puerto Rico, hoy 3 de diciembre de 2020.

*[firma]*

Lcda. Roxanna Santiago Ortiz
Secretaria Auxiliar Interina
Área de Rentas Internas y Política Contributiva