AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

MARCEL G. RIVERA KON-KIN

*Plaintiff(s)*

v.

STEVENMNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official

*Defendant(s)*

Civil Action No.  3:20-cv-01721-WGY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
Department of Justice
Civil Process Clerk
950 Pennsylvania Ave, NW
Washington, DC 20530


RECEIVED DEC 17 2020 U.S. Attorney's Office Puerto Rico

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Diego H. Alcala Laboy
Defensoria Legal LLC
PO Box 12247
San Juan, PR 00914

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
CLERK OF COURT

Date:  12/17/2020

  Digitally signed by Viviana Diaz
Date: 2020.12.17 11:46:18 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-01721-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States of America
was received by me on *(date)* 17, December, 2020 Department Of Justice

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* P/cw. Stphen muldrow, United, who is designated by law to accept service of process on behalf of *(name of organization)* State Attorney (USA) Fidel Sevillano on *(date)* December, 17, 2020 or Jefe Civil Division Chief ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

[RECEIVED DEC 17 2020 U.S. Attorney's Office Puerto Rico]

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 17, December, 2020

Juan A. Carballo Rue
Server's signature

Juan Carballo Rivera
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:


