IN THE UNITED STATES DISTRICT COURT
for the DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARCEL G. RIVERA KON-KIN<br><br>Plaintiff,<br><br>            v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; the UNITED STATES OF AMERICA.<br><br>   Defendants. | Civil No. 20-cv-1721 (WGY) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please enter the appearance of Christopher J. Williamson, United States Department of Justice, Tax Division, on behalf of the United States and its officials and agencies, Steven Mnuchin, United States Secretary of the Treasury, Charles Rettig, United States Commissioner of Internal Revenue, the United States Department of the Treasury, and the Internal Revenue Service, in the above captioned proceeding.

1

19364295.1

Dated:  December 30, 2020                    RICHARD E. ZUCKERMAN
                                             Principal Deputy Assistant Attorney General,

                                             */s/ Christopher J. Williamson*
                                             CHRISTOPHER J. WILLIAMSON
                                             USDC PR-G01002
                                             Trial Attorney, Tax Division
                                             United States Department of Justice
                                             P.O. Box 227
                                             Washington, DC 20044
                                             Tel: (202) 307-2250
                                             Fax: (202) 514-6866
                                             christopher.j.williamson@usdoj.gov
                                             *On behalf defendants*

19364295.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 30, 2020, I electronically filed the

foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF

system.

> */s/ Christopher J. Williamson*
> CHRISTOPHER J. WILLIAMSON
> USDC PR-G01002
> Trial Attorney, Tax Division
> United States Department of Justice
> P.O. Box 227
> Washington, DC 20044
> Tel: (202) 307-2250
> Fax: (202) 514-6866
> christopher.j.williamson@usdoj.gov